JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAN LAMONTE CORMIER, | Case No. 5:24-cv-00648-SVW-KES |
|     Plaintiff, | |
| v. | **JUDGMENT** |
| THE PEOPLE OF THE STATE OF CALIFORNIA, et al. | |
|     Defendants. | |

Pursuant to the Court's Order Dismissing Action Without Prejudice for Lack of Prosecution, IT IS ADJUDGED that the Complaint and this action are dismissed without prejudice for failure to prosecute.

DATED:  July 1, 2024

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE